**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY SERMENO, | No. 2:25-CV-1902-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEBBY GROVER, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for 30-day extension to file an amended complaint. ECF No. 19. Good cause appearing therefor, Plaintiff's motion will be granted, and the Court will extend the deadline, as indicated below.

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Plaintiff's motion for an extension of time, ECF No. 19, is GRANTED.

2.    Plaintiff's second amended complaint shall be filed on or before January 7, 2026.

Dated: December 3, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1