UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY SERMENO,

          Plaintiff,

    v.

DEBBIE GROVER, et al.,

          Defendants.

No. 2:25-cv-01902-DAD-DMC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL AND MOTION FOR PRELIMINARY INJUNCTION

(Doc. Nos. 10, 12, 13, 16, 17)

Plaintiff Larry Sermeno proceeding, initiated this civil action by filing his complaint in this court on July 7, 2025. (Doc. No. 1.)   This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for appointment of counsel (Doc. No. 10), a preliminary injunction (Doc. No. 12), for expedite relief (Doc. No. 13), and for deferment (Doc. No. 16) be denied]. (Doc. No. 17.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 24, 2025 (Doc. No. 17) are adopted in full;

2. Plaintiff's motion for the appointment of counsel (Doc. No. 10) is denied;

3. Plaintiff's motion for a preliminary injunction (Doc. No. 12) is denied;

4. Plaintiff's motion for expedited relief (Doc. No. 13) is denied as having been rendered moot by this order;

5. Plaintiff's motion for deferment (Doc. No. 16) is denied as having been rendered moot; and

6. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **March 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE