IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY SERMENO,

Plaintiff,

v.

DEBBY GROVER, et al.,

Defendants.

No.  2:25-CV-1902-DAD-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court are Plaintiff's motion for expedited settlement conference, ECF No. 4, supplemental motion of expedited relief and motion to appoint counsel, ECF No. 6, and motion for limited discovery, ECF No. 11.

On December 29, 2025, Plaintiff filed a second amended complaint in response to this Court dismissing the first amended complaint with leave to amend. See ECF No. 21. Plaintiff's complaint has not yet been served and therefore, Plaintiff's motion for expedited settlement conference is premature and the undersigned will deny such motion.

As to Plaintiff's motion for expedited relief and motion to appoint counsel, ECF No. 6, Plaintiff requested counsel for purposes of Plaintiff's motion for preliminary injunction. Similarly, Plaintiff's motion for limited discovery requests limited discovery in reference to Plaintiff's motion for preliminary injunction. See ECF No. 11. In light of the District Judge

1

denying Plaintiff's motion for preliminary injunction, ECF No. 22, Plaintiff's motions, ECF Nos. 6 and 11, are moot. Thus, the undersigned will deny Plaintiff's supplemental motion of expedited relief and motion to appoint counsel, ECF No. 6, and motion for limited discovery, ECF No. 11, as moot.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for expedited settlement conference, ECF No. 4, is DENIED without prejudice; and

2.      Plaintiff's motion for expedited relief and motion to appoint counsel, ECF No. 6, is DENIED as MOOT.

3.      Plaintiff's motion for limited discovery, ECF No. 11, is DENIED AS MOOT.

Dated:  March 17, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2